UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MARYROSE TEOLIS,
    Debtor.
_____/

Chapter 7
Case No. 10-40822-tjt
Judge Thomas J. Tucker

KEVIN M. SMITH AND ELLEN SMITH,
    Plaintiffs,

v.

MARYROSE TEOLIS, *pro se*,
    Defendant.
_____/

Adversary Proceeding
No. 10-05147-tjt

# ORDER DENYING APPLICATION FOR
# ORDER APPOINTING *PRO BONO* ATTORNEY

This adversary proceeding is before the Court on the Defendant's application, entitled "Application for Pro Bono Attorney," filed on May 12, 2021 (Docket # 93, the "Application"). In the Application, the Defendant seeks the appointment of a *pro bono* attorney under this Court's pro bono program. The Court will deny the Application, for the reasons stated below.

In this adversary proceeding, the Defendant stipulated to, and the Court entered, a non-dischargeable consent judgment for $150,000.00 in favor of the Plaintiffs and against the Defendant, on October 15, 2010 (Docket # 35, the "Consent Judgment").[1] Under Mich. Comp. Laws Ann. § 600.5809(3), the

---

[1] As the Court's docket entry # 35 shows, the Consent Judgment was signed and filed on October 14, 2010, but it was not actually entered until October 15, 2010.

Consent Judgment would have expired, in effect, ten years after it was entered – *i.e.*, on October 15, 2020 – ***except*** that on July 17, 2020, Plaintiffs timely filed a motion to renew the Consent Judgment (Docket # 87). That motion was both permitted and timely, under Mich. Comp. Laws Ann. § 600.5809(3), and this Court granted the motion, by entering an Order renewing the Consent Judgment, on July 17, 2020 (Docket # 88, the "Judgment Renewal Order"). Thus, the Consent Judgment did not expire on October 15, 2020.

It appears from Defendant's Application that she wants to file some sort of motion challenging the Judgment Renewal Order, and wants the Court to appoint a pro bono attorney to assist her in that effort. In its discretion, however, this Court will not grant the Application, for the following reasons: (1) because the Defendant has not yet actually filed a motion seeking relief from the Judgment Renewal Order; (2) because the Defendant has not yet alleged any valid basis for obtaining relief from the Judgment Renewal Order; (3) because the Defendant does not seek to challenge the validity or amount of the original, nondischargeable Consent Judgment (to which she stipulated); and (4) because this Court's pro bono program is not designed to assist judgment debtors in defending against efforts to collect a judgment previously entered by this Court, especially one entered more than ten years ago.

For these reasons,

IT IS ORDERED that the Application (Docket # 93) is denied.

**Signed on May 19, 2021**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**