UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                       Case No. 10-40822

MARYROSE TEOLIS,                    Chapter 7

            Debtor.                             Judge Thomas J. Tucker
_____/

KEVIN M. SMITH
and ELLEN SMITH,

            Plaintiffs,

v.                                            Adv. No. 10-5147

MARYROSE TEOLIS, *pro se*,

            Defendant.
_____/

**ORDER VACATING WRIT OF GARNISHMENT**

       This adversary proceeding is before the Court on the Defendant's objection, filed January 12, 2024 (Docket # 100, the "Objection"), objecting to a writ of garnishment issued and filed on December 18, 2023 at the request of the Plaintiffs (Docket # 99, the "Garnishment Writ"). The Defendant alleges in the Objection that the Plaintiffs "'did not' give [h]er proper credit in its calculations for . . . post-Judgment payments made" on the Consent Judgment. (Obj. (Docket # 100) at 1.)

       As required by the Court's Order filed January 16, 2024 (Docket # 106), the Plaintiffs filed a response to the Objection on January 30, 2024, stating, in relevant part: "Plaintiffs inadvertently neglected to include post judgment payments and credits in the amount to $15,001.24 on the [Garnishment] Writ . . . filed with this [C]ourt." (*Id.* at ¶ 5.)

Because the Garnishment Writ incorrectly stated that no payments have been made on the Consent Judgment,

IT IS ORDERED that the Garnishment Writ (Docket # 99) is vacated.

IT IS FURTHER ORDERED that this Order is without prejudice to the Plaintiffs' right to seek the issuance of a new garnishment writ that does not contain any errors.

IT IS FURTHER ORDERED that no later than February 8, 2024, the Plaintiffs must serve a copy of this Order on the Defendant and on the Garnishee DFI Inc.,[1] and file proof of such service.

**Signed on February 5, 2024**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] The Court notes that on January 18, 2024, the Garnishee, DFI Inc, filed a Garnishee Disclosure (Docket # 107).